# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 367 MAL 2021

           Respondent                :

                                   :    Petition for Allowance of Appeal
                                   :    from the Order of the Superior Court

               v.                     :

                                   :

JUSTIN ELLIS,                        :

              Petitioner               :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of November, 2021, the Motion for Modification of Petition for Allowance of Appeal is **GRANTED** and the Petition for Allowance of Appeal is **DENIED**.